**Opinion filed April 14, 2016**



In The

# Eleventh Court of Appeals

_____

## No. 11-16-00077-CV

_____

## IN THE INTEREST OF B.S. JR. AND D.S., CHILDREN

**On Appeal from the 326th District Court**

**Taylor County, Texas**

**Trial Court Cause No. 7858-CX**

## M E M O R A N D U M   O P I N I O N

This is an attempted appeal from an order in which the trial court terminated the parental rights of the parents of B.S. Jr. and D.S. An appeal in a parental termination case is an accelerated appeal. TEX. FAM. CODE ANN. § 263.405(a) (West 2014); TEX. R. APP. P. 28.4. The trial court signed the order of termination on January 28, 2016. Appellant, the father of the child, filed a notice of appeal on March 17, 2016. Because this is an accelerated appeal, Appellant's notice of appeal was due within twenty days after the order was signed, which would have made it due on February 17, 2016. *See* TEX. R. APP. P. 26.1(b). Even with the

fifteen-day extension allowed by TEX. R. APP. P. 26.3, the time for filing the notice of appeal in this case had already expired when Appellant filed his notice of appeal. In a letter dated March 21, 2016, we informed Appellant that the notice of appeal appeared to be untimely. *See* TEX. R. APP. P. 26.1(b), 28.1(b). We requested that Appellant respond and show grounds to continue the appeal. *See* TEX. R. APP. P. 42.3.

In his response to this court's letter, Appellant contends that he received ineffective assistance of counsel at trial, requests that another attorney be appointed, and asks for another opportunity to be heard. However, we are without authority to extend the time period for the filing of Appellant's notice of appeal. Absent a timely notice of appeal, this court is without jurisdiction to consider an appeal. *See Wilkins v. Methodist Health Care Sys.*, 160 S.W.3d 559, 564 (Tex. 2005); *Garza v. Hibernia Nat'l Bank*, 227 S.W.3d 233, 233–34 (Tex. App.— Houston [1st Dist.] 2007, no pet.); *see also Verburgt v. Dorner*, 959 S.W.2d 615, 617 (Tex. 1997). Pursuant to TEX. R. APP. P. 2, we are prohibited from suspending the Rules of Appellate Procedure "to alter the time for perfecting an appeal in a civil case." We dismiss this appeal in accordance with TEX. R. APP. P. 42.3(a).

This appeal is dismissed for want of jurisdiction.

PER CURIAM

April 14, 2016

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2